**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANTHONY BAKER,**

    **Petitioner,**

v.                                                              **Case No. 3:23cv1948-LC/MAF**

**R. FLORES, WARDEN,**

    **Respondent.**
_____/

## ORDER

This matter is before the Court on the Amended Report and Recommendation of the U.S. Magistrate Judge (ECF No. 6) that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice as an unauthorized successive petition. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the

objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The petition is dismissed without prejudice."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 15th day of February, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv1948-LC/MAF